JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH MORADZADEH, M.D., INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY, and DOES 1 THROUGH 100, <br><br> Defendants. | Case No. CV 23-208-MWF(Ex) <br><br> **ORDER GRANTING JOINT MOTION AND APPLICATION FOR DISMISSAL WITH PREJUDICE** |

THE COURT, having considered the Parties' Joint Motion and Application for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: March 14, 2024

MICHAEL W. FITZGERALD
United States District Judge